173 A.3d 599

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RONALD T. DANIELS, SR., DEFENDANT–
PETITIONER.

C–319 Sept.Term 2017
079743

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003944–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

173 A.3d 600

MYEONG H. CHOI, PLAINTIFF–PETITIONER, v. JAMES
JIN CHOI, DEFENDANT–RESPONDENT.

C–299 September Term 2017
079561

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000757–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.